# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:96-cr-00116-MMD-PAL |
| Plaintiff, | ORDER |
| v. | |
| MARCEL ZRAINI, | |
| Defendant. | |

## **ORDER**

Based on the foregoing motion of the government, leave is hereby granted and this matter is dismissed with prejudice as to defendant MARCEL ZRAINI. It is further ordered that the Arrest Warrant for defendant MARCEL ZRAINI be quashed.

dated: February 3, 2014

_____
United States District Judge